IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CENTURY SURETY COMPANY

    Plaintiff,

    v.                                                                      No. 1:24-cv-00254 GJF/DLM

YJCHO LLC d/b/a/ AMBASSADOR INN,
YOUNG JA CHO, and MICHAEL ROMERO,

    Defendants.

## **RULE 41 DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil procedure Plaintiff Century Surety Company ("Century") givens notice of dismissal of this case without prejudice.

                                Respectfully Submitted,

                                By: */s/ Jennifer A. Noya*
                                          Jennifer A. Noya
                                          Shannon N. Nairn
                                          Post Office Box 2168
                                          Bank of America Centre, Suite 1000
                                          500 Fourth Street, N.W.
                                          Albuquerque, New Mexico 87103-2168
                                          Telephone: (505) 848-1800
*Attorneys for Century*